DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY A. PITTMAN,**
Appellant,

v.

**ALVIN EUGENE PITTMAN,**
Appellee.

No. 4D18-1196

[November 8, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter M. Evans, Judge; L.T. Case No. 2016DR005651 WB.

Mary A. Pittman, Pahokee, pro se.

Thomas Montgomery of Thomas Montgomery, P.A., Belle Glade, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***